UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Liah Modrow, | No. 25-cv-0500 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Destination Pet, LLC, d/b/a Hound Dog Hotel, | |
| Defendant. | |

This matter is before the Court on the April 29, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty. (Dkt. 14.) The R&R concludes that Defendant Destination Pet, LLC has failed to sufficiently show that there is complete diversity of citizenship to support its removal of the action to federal district court pursuant to 28 U.S.C. § 1332(a). As a result, the R&R recommends that this case be remanded to state court. The deadline for objections to the R&R was May 13, 2025, *see* D. Minn. LR 72.2(b), but none have been filed. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on this Court's careful review of the R&R and the record in this matter, the Court finds no error. Accordingly, **IT IS HEREBY ORDERED THAT** this matter is **REMANDED** to the District Court for the Fourth Judicial District for the State of Minnesota, Hennepin County.

2

Date: May 22, 2025                              *s/  Katherine Menendez*_____
                                                Katherine Menendez
                                                United States District Judge